# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JO WHITLOCK,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CITY OF CALIENTE, et al.<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-02309-JAD-VCF<br><br>ORDER GRANTING MOTION TO EXCUSE CODY CHRISTENSEN FROM PARTICIPATING IN THE EARLY NEUTRAL EVALUATION<br>(Docket No. 15) |

　　　　Pending before the Court is Defendants' motion to be excused from the early neutral evaluation scheduled for April 16, 2014. *See* Docket No. 15. For good cause shown, the motion is hereby GRANTED.

　　　　IT IS SO ORDERED.

　　　　DATED: March 7, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge