**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JO WHITLOCK,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF CALIENTE, a Political Subdivision of the State of Nevada; STANA HULBURT; VICTOR JONES; CODY CHRISTENSEN; STEVE ROW,<br><br>          Defendant. | Case No.:   2:13-cv-02309-JAD-VCF |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and the between the parties, Plaintiff, Jo Whitlock ("Plaintiff"), by and through her counsel of record, Adam Levine, Esq. with the Law Office of Daniel Marks and Defendants, City of Caliente, Stana Hulburt, Victor Jones, Cody Christensen and Steve Row ("Defendants"), by and through their counsel of record, Nicholas D. Crosby, Esq. with the law firm of Marquis Aurbach Coffing, that the claims asserted

///
///
///
///
///
///
///

MAC:11779-065 2733802_1 2/26/2016 2:23 PM

by the Plaintiff and against the Defendants are hereby dismissed with prejudice; each party to bear their own attorney fees and costs.

Dated this 26th day of February, 2016.

| MARQUIS AURBACH COFFING | LAW OFFICE OF DANIEL MARKS |
|---|---|
| /s/ Nick D. Crosby | /s/ Adam Levine  SBW 1197 |
| Nick D. Crosby, Esq. | Adam Levine, Esq. |
| Nevada Bar No. 8996 | Nevada Bar No. 2003 |
| 10001 Park Run Drive | 610 South Ninth Street |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| Attorney for Defendants | Attorney for Plaintiff |

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court Court is instructed to close this case.

Dated: March 11, 2016.

_____
UNITED STATES DISTRICT JUDGE